# United States Court of Appeals
## For the First Circuit

No. 03-1586

COADY CORP., d/b/a 495 TOYOTA,

Plaintiff, Appellant,

v.

TOYOTA MOTOR DISTRIBUTORS, INC.,

Defendant, Appellee.

**ERRATA**

The opinion of this court issued March 18, 2004, is amended as follows:

Page 4, paragraph 2, last sentence:  replace "note 3" with "note 4".

Page 13, note 5, line 5, add the word "the" after the words "such as".

Page 16, paragraph 2, line 5, replace "note 4" with "note 5".